# UNITED STATES BANKRUPTCY COURT

NORTHERN   **DISTRICT OF** ILLINOIS

## EASTERN DIVISION

In re:   JOHN C. WELKE

§
§   Case No.   14-11629
§            Hon. TIMOTHY A. BARNES
§            Chapter 7

Debtor(s)

---

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn  Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within ____ 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am   on 12/02/2014   in Courtroom 613 , Dirksen Federal Building Courthouse,

219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By:  Clerk U. S. Bankruptcy Court _____

(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
NORTHERN    **DISTRICT OF** ILLINOIS
## EASTERN DIVISION

In re:    JOHN C. WELKE

§
§
§
§

Case No.    14-11629
Hon. TIMOTHY A. BARNES
Chapter 7

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $4,801.05

*and approved disbursements of*      $0.00

*leaving a balance on hand of* [1]      $4,801.05

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:      $0.00

Remaining balance:      $4,801.05

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Trustee, Fees* ALLAN J. DeMARS | $1,200.26 | $0.00 | $1,200.26 |
| *Trustee, Expenses* ALLAN J. DeMARS | $35.84 | $0.00 | $35.84 |
| *Attorney for Trustee, Fees* ALLAN J. DeMARS | $1,305.00 | $0.00 | $1,305.00 |
| *Attorney for Trustee, Expenses* ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Charges,   *U.S. Bankruptcy Court*

Fees, *United States Trustee*

Other

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $2,541.10 |
| Remaining balance: | $2,259.95 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Debtor, Fees | | | |
| Attorney for Debtor, Expenses | | | |
| Attorney for              , Fees | | | |
| Attorney for              , Expenses | | | |
| Accountant for              , Fees | | | |
| Accountant for              , Expenses | | | |
| Other | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,259.95 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | | $0.00 |
| Remaining balance: | | $2,259.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____$33,188.80_ have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ___6.8_ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP agent for Midland Funding | $2,836.53 | $0.00 | $193.15 |
| 2 | Discover Bank | $8,621.64 | $0.00 | $587.08 |
| 3 | Fifth Third Bank | $7,330.02 | $0.00 | $499.13 |
| 4 | American InfoSource agent for Verizon | $984.39 | $0.00 | $67.03 |
| 5 | Capital Recovery V, LLC | $657.90 | $0.00 | $44.80 |
| 6 | Resurgent Capital Services | $8,907.29 | $0.00 | $606.53 |
| 7 | Capital One NA | $1,802.46 | $0.00 | $122.74 |
| 8 | Portfolio Recovery Assoc successor to GE Capital Retail Bank | $2,048.57 | $0.00 | $139.49 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | | $2,259.95 |
| Remaining balance: | | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling _____$0.00_ have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be ___0_ percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | | $0.00 |
| Remaining balance: | | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 14-11629-TAB
John C. Welke                                                                   Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1          Page 1 of 2          Date Rcvd: Nov 10, 2014
                             Form ID: pdf006          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2014.
db        +John C. Welke,    406 Freeman Avenue,    Streamwood, IL 60107-3025
21728838  +Advantage MRI,    640 St Charles Rd,    Carol Stream, IL 60188-2600
21728839   Barrington Cardiology SC,    912 W. Northwest Hwy, # 100,    Fox River Grove, IL 60021-1925
21728841  ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
           (address filed with court: Choice Recovery,    1550 Old Henderson Rd,    Suite S100,
           Columbus, OH 43220-3662)
22248690   Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21728840  +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21728842  +Client Services,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
21988329  +FIFTH THIRD BANK,    PO BOX 9013,    ADDISON, TEXAS 75001-9013
21728846  +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
21728849  +HRRG,    PO BOX 5406,    Cincinnati, OH 45273-0001
21728852   Malcolm Gerald & Associates,    322 S Michigan Ave,    Suite 600,    Chicago, IL 60604
21728853  +Midwest Emergency Assoc,    PO Box 5963,    Carol Stream, IL 60197-5963
22268307  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
           (address filed with court: Portfolio Recovery Associates, LLC,
           /GE CAPITAL RETAIL BANK/Care Credit,    POB 41067,    Norfolk VA 23541)
21728855  +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
21728856   Portfolio Recovery Assoc,    4829 Highway 45,    Jackson, TN 38305-7900
21728857  +Sears Credit Cards,    PO Box 33081,    Columbus, OH 43218-3081
21728858  +St Alexius Medical,    ATTN: PFS Alex Assistance Team,    3040 W Salt Creek Lane,
           Arlington Heights, IL 60005-1069
21728859   St. Alexius Medical Center,    22589 Network Place,    Chicago, IL 60673-1225
21728860  +United Collection Bureau,    5620 Southwyck Blvd, Suite 206,    Toledo, OH 43614-1501
21728861  +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
21728862  +Verizon Wireless,    1 Verizon Pl,    Alpharetta, GA 30004-8510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22134399   E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 11 2014 01:33:25
           American InfoSource LP as agent for,    Verizon,    PO Box 248838,
           Oklahoma City, OK  73124-8838
21951119   E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 11 2014 01:33:25
           American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
           Oklahoma City, OK  73126-8941
22224740   E-mail/PDF: rmscedi@recoverycorp.com Nov 11 2014 01:31:51    Capital Recovery V, LLC,
           c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21728843  +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 11 2014 01:26:50
           Credit Collection Services,    2 Wells Avenue,    Dept. 9133,    Newton Center, MA 02459-3225
21952552   E-mail/PDF: mrdiscen@discoverfinancial.com Nov 11 2014 01:32:32    Discover Bank,
           DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21728844  +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 11 2014 01:32:32    Discover Fin Svcs Llc,
           Po Box 15316,    Wilmington, DE 19850-5316
21728845  +E-mail/Text: bankruptcynotices@dcicollect.com Nov 11 2014 01:26:14    Diversified Consultants,
           PO Box 551268,    Jacksonville, FL 32255-1268
21728847  +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2014 01:30:16    Gecrb/Care Credit,
           Po Box 981439,    El Paso, TX 79998-1439
21728848   E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2014 01:33:13    Gecrb/Jcp,    Po Box 984100,
           El Paso, TX 79998
21728850  +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 11 2014 01:24:07    Kohls/Capone,
           N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
21728851  +E-mail/Text: bankruptcy@leadingedgerecovery.com Nov 11 2014 01:25:02
           Leading Edge Recover Solutions,    5440 N Cumberland Ave,    Suite 300,    Chicago, IL 60656-1486
21728854  +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 11 2014 01:25:18
           NCO Financial Systems, Inc.,    4740 Baxter Road,    Virginia Beach, VA 23462-4484
22243900  +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 11 2014 01:33:15
           PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
           Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                        TOTAL: 13


       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22268306*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1         User: cmendoza1        Page 2 of 2        Date Rcvd: Nov 10, 2014
                            Form ID: pdf006         Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2014 at the address(es) listed below:
          Allan J DeMars    alland1023@aol.com
          Allan J DeMars    on behalf of Trustee Allan J DeMars alland1023@aol.com
          Joseph P Doyle    on behalf of Debtor John C. Welke  joe@fightbills.com,  courts@fightbills.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                            TOTAL: 4
```