**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JOHN C. WELKE § Case No. 14-11629
§ Hon. TIMOTHY A. BARNES
§ Chapter 7
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: | $5,500.00 |
| Total Distributions to Claimants: $2,259.95 | Claims Discharged Without Payment: | $50,078.22 |
| Total Expenses of Administration: $2,541.10 | | |

3) Total gross receipts of $4,801.05 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,801.05 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,541.10 | $2,541.10 | $2,541.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $47,821.37 | $33,188.80 | $33,188.80 | $2,259.95 |
| **TOTAL DISBURSEMENTS** | $47,821.37 | $35,729.90 | $35,729.90 | $4,801.05 |

4) This case was originally filed under chapter 7 on 03/31/2014.
The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/06/2015              By: /s/ ALLAN J. DeMARS
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| right, title and interest in non and partially exempt assets | 1129-000 | $4,801.05 |
| **TOTAL GROSS RECEIPTS** | | **$4,801.05** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALLAN J. DeMARS | 2100-000 | N/A | $1,200.26 | $1,200.26 | $1,200.26 |
| ALLAN J. DeMARS | 2200-000 | N/A | $35.84 | $35.84 | $35.84 |
| ALLAN J. DeMARS |  | N/A | $1,305.00 | $1,305.00 | $1,305.00 |
|  |  |  |  |  |  |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES |  | N/A | $2,541.10 | $2,541.10 | $2,541.10 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE |  | N/A | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES |  | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | NONE |  | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |  |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | $0.00 | $0.00 | $0.00 |  |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource agent for Midland Funding | 7100-900 | $0.00 | $2,836.53 | $2,836.53 | $193.15 |
| 2 | Discover Bank | 7100-900 | $8,621.00 | $8,621.64 | $8,621.64 | $587.08 |
| 3 | Fifth Third Bank | 7100-000 | $5,796.00 | $7,330.02 | $7,330.02 | $499.13 |
| 4 | American InfoSource agent for Verizon | 7100-000 | $1,003.00 | $984.39 | $984.39 | $67.03 |
| 5 | Capital Recovery V, LLC | 7100-900 | $657.00 | $657.90 | $657.90 | $44.80 |
| 6 | PYOD LLC, assignee of Citibank | 7100-900 | $8,745.00 | $8,907.29 | $8,907.29 | $606.53 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Capital One NA | 7100-900 | $1,802.00 | $1,802.46 | $1,802.46 | $122.74 |
| 8 | Portfolio Recovery successor to GE Capital Retail Bank | 7100-900 | $2,048.00 | $2,048.57 | $2,048.57 | $139.49 |
| | 8 scheduled creditors with no claim filed | | $19,149.37 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $47,821.37 | $33,188.80 | $33,188.80 | $2,259.95 |

**EXHIBIT "A" FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No. 14-11629

Case Name: JOHN C. WELKE

For Period Ending: 3/31/15

Trustee Name: Allan J. DeMars

Date Filed (f) or Converted (c): 3/31/14 (F)

§341(a) Meeting Date: 5/14/14

Claims Bar Date: 8/15/14 (GOVT 9/29/14)

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | cash | 5.00 | 5.00 | | 5.00 | FA |
| 2 | Chase account xx4285 | 0.00 | 0.00 | | | FA |
| 3 | Chase account xx5611 | 0.00 | 0.00 | | | FA |
| 4 | prepaid debit card | 17.67 | 17.47 | | 17.47 | FA |
| 5 | household goods | 200.00 | 200.00 | | 200.00 | FA |
| 6 | books, pictures | 75.00 | 75.00 | | 75.00 | FA |
| 7 | wearing apparel | 1,500.00 | 0.00 | | | FA |
| 8 | costume jewelry | 100.00 | 100.00 | | 100.00 | FA |
| 9 | term life ins policy | 0.00 | 0.00 | | | FA |
| 10 | Prudential Ins policy | 2,375.50 | 2,375.50 | | 2,375.50 | FA |
| 11 | Prudential ins policy | 4,056.21 | 56.21 | | 56.21 | FA |
| 12 | Prudential ins policy | 1,971.87 | 1,971.87 | | 1,971.87 | FA |
| 13 | tax refund | 0.00 | 0.00 | | | FA |

TOTALS (Excluding unknown values)   4,801.05   4,801.05

(Total Dollar Amount in Column 6)

EXHIBIT "A" – FORM 2
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 14-11629
Case Name: JOHN C. WELKE
Taxpayer ID#: XX-XXX3485
For Period Ending: 3/31/15

Trustee's Name: Allan J. DeMars
Bank Name: Wells Fargo
Initial CD #: CDI
Blanket bond (per case limit): 5,000,000
Separate bond (if applicable):
Checking acct#: xxxxxx5254

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Bal. |
| 5/23/14 | Ref: 1 4 5 6 8 10 11 12 | from debtor for right, title and interest; 5 money orders (4 for $1,000 and 1 for $801.05) | cash 5.00 prepaid debit 17.47 household goods 200.00 books, pictures 75.00 costume jewelry 100.00 Pru Life Ins 2,375.50 Pru Life Ins 56.21 Pru Life Ins 1,971.87 | 1129-000 1129-000 1129-000 1129-000 1129-000 1129-000 1129-000 1129-000 | 1,000.00 1,000.00 1,000.00 1,000.00 801.05 | | 4,801.05 |
| 12/2/14 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,200.26 | 3,600.79 |
| 12/2/14 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 35.84 | 3,564.95 |
| 12/2/14 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 1,305.00 | 2,259.95 |
| 12/2/14 | Check 1004 | American InfoSource LP agent for Midland Funding | 726(a)(2) | 7100-900 | | 193.15 | 2,066.80 |
| 12/2/14 | Check 1005 | Discover Bank | 726(a)(2) | 7100-900 | | 587.08 | 1,479.72 |
| 12/2/14 | Check 1006 | Fifth Third Bank | 726(a)(2) | 7100-000 | | 499.13 | 980.59 |
| 12/2/14 | Check 1007 | American InfoSource LP agent for Verizon | 726(a)(2) | 7100-000 | | 67.03 | 913.56 |
| 12/2/14 | Check 1008 | Capital Recovery V, LLC | 726(a)(2) | 7100-900 | | 44.80 | 868.76 |
| 12/2/14 | Check 1009 | PYOD LLC assignee of Citibank | 726(a)(2) | 7100-900 | | 606.53 | 262.23 |
| 12/2/14 | Check 1010 | Capital One NA | 726(a)(2) | 7100-900 | | 122.74 | 139.49 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Checking Acct Bal.** |
| 12/2/14 | Check 1011 | Portfolio Recovery Assoc successor to GE Capital Retail Bank | 726(a)(2) | 7100-900 | | 139.49 | 0.00 |
| | | | | COLUMN TOTALS | 4,801.05 | 4,801.05 | 0.00 |
| | | | | Less: Bank transfers/CD Subtotal | | | |
| | | | | Less: Payments to debtor(s) | | | |
| | | | | Net | 4,801.05 | 4,801.05 | 0.00 |

```
                                                                    NET
TOTAL - ALL ACCOUNTS                        NET DEPOSITS     DISBURSEMENTS        BALANCES
Checking# XXXX5254                              4,801.05         4,801.05            0.00
Money Market #
Savings #
CD #CDI
Net                                             4,801.05         4,801.05            0.00
                                            Excludes account  Excludes payments   Total Funds
                                                transfers         to debtor          on Hand
```